No. 12–5402. LARIMER *v.* YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5403. KNOWLIN *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–5404. KESSLER *v.* PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 12–5405. JONES *v.* RUIZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–5407. ORTEGA-GALVAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–5409. MOORE *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 12–5410. CONTRERAS-LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5411. REYES *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 12–5413. BALDWIN *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 12–5414. LEON *v.* SECURAPLANE TECHNOLOGIES, INC., ET AL. Ct. App. Ariz. Certiorari denied.

No. 12–5415. MALEDE *v.* WILSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–5416. BROWN *v.* UNEMPLOYMENT COMPENSATION BOARD OF REVIEW. Commw. Ct. Pa. Certiorari denied.

No. 12–5417. VILLEGAS *v.* GALLOWAY ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–5418. LEZAMA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5420. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.